FILED
CLERK, U.S. DISTRICT COURT

10/31/2018

CENTRAL DISTRICT OF CALIFORNIA
BY:   CW   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON GUILLORY,<br><br>                 Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN,<br><br>                 Respondent. | Case No. 2:18-cv-03820-CJC-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered denying the Petition and dismissing the action with prejudice.

DATED: October 31, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE