FILED
CLERK, U.S. DISTRICT COURT
10/31/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON GUILLORY,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RAYMOND MADDEN,<br><br>　　　　　Respondent. | Case No. 2:18-cv-03820-CJC-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 31, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE